# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.                                                          CRIM. NO. 26-046 (PAD)

RICHARD ANDERSON GARCIA-AMADANTE,
(aka Richard Anderson Garcia-Amarante)
Defendant.

## UNITED STATES' SENTENCING MEMORANDUM

TO THE HONORABLE COURT:

COMES NOW the United States of America, through the undersigned attorney, and submits this sentencing memorandum in aid of the Court for the purposes of sentencing the above-captioned defendant.

1. Guideline Calculations:

| Count One: 8 U.S.C. § 1326(a) | |
| --- | --- |
| Base Offense Level pursuant to U.S.S.G. § 2L1.2(a) | 8 |
| Acceptance of Responsibility U.S.S.G. § 3E1.1 | -2 |
| **Total Adjusted Offense Level** | **6** |

2. Summary of Facts of Criminal Conduct (including undisputed portions of PSR)

On or about January 16, 2026, Border Patrol Agents were conducting roving patrol operations at or near San Juan, Puerto Rico, in an area known to the agents for frequent drug & migrants smuggling activity. Agents observed several individuals, including defendant, RICHARD ANDERSON GARCIA-AMADANTE, in this area. Agents identified

1

themselves as immigration officers and proceeded to interview the defendant. Defendant admitted to being unlawfully present in the United States.

Defendant was arrested and transported to U.S. Border Patrol Ramey Station in Aguadilla, Puerto Rico for further investigation and processing. Defendant claims to have illegally re-entered the United States by boat at or near Aguadilla, Puerto Rico, on August 15, 2020. Defendant's photograph & fingerprints were taken and entered in different law enforcement database systems. Record checks confirmed that defendant had prior immigration history.

As to defendant's immigration history:

- On November 20, 2018, defendant illegally entered the United States and was encountered by U.S. Border Patrol at or near Cabo Rojo, Puerto Rico.

- On November 21, 2018, a Notice and Order of Expedite Removal was issued for defendant.

- On November 23, 2018, defendant was officially & physically removed from the United States to the Dominican Republic.

Defendant is a national and citizen of the Dominican Republic who does not possess any immigration documents allowing him to enter and/or remain in the United States legally, to include but not limited, the lack of express consent from the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission into the United States.

Furthermore, defendant re-entered the United States at a place other than a designated port of entry; does not have any petitions pending with the Bureau of Citizenship & Immigration Services; and was not inspected admitted or paroled into the United States by an Officer of the Bureau of Customs and Border Protection.

On or about January 16, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant, RICHARD ANDERSON GARCIA-AMADANTE, who is an alien, as the term is defined in Title 8, United States Code, Section 1101(a)(3), and who has been previously removed from the United States, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, United States Code, Section 1326(a).

3.  Conclusion

After due consideration of the relevant factors enumerated in 18 U.S.C. § 3553(a), the United States recommends a sentence of time served to be followed by a term of supervised release of one (1) year. The United States submits that a sentence of time served to be followed by one (1) year of supervised release is sufficient but not greater than necessary to achieve the sentencing goals in this case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 20th day of March 2026.

W. Stephen Muldrow
United States Attorney


*s/Manuel A. Muñiz-Lorenzi*
Manuel A. Muñiz-Lorenzi,
Assistant United States Attorney
USDC G03304
350 Avenida Carlos Chardon, Suite 1201
San Juan, PR 00918
787-766-5656
Manuel.Muniz.Lorenzi@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date, this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to defense counsel.

_s/Manuel A. Muñiz-Lorenzi_
Manuel A. Muñiz-Lorenzi,
Assistant United States Attorney
